**FULL NAME** Abdullah Na'im HAFIZ
COMMITTED NAME (if different)
441 BAUCHET ST. L.A. CA. 90012
FULL ADDRESS INCLUDING NAME OF INSTITUTION
Los Angeles County Jail
6364532
PRISON NUMBER (if applicable)

**FILED**
CLERK, U.S. DISTRICT COURT
10/6/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: VAV  DEPUTY

**RELATED DDJ**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

ABDULLAH Na'IM HAFIZ
                    PLAINTIFF,
v.
LOS ANGELES COUNTY JAIL
Health Service    DEFENDANT(S).

**CASE NUMBER** 2:22-cv-07319-JFW-PD
*To be supplied by the Clerk*

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO** (Check one)
☒ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes ☒ No

2. If your answer to "1." is yes, how many? ___none___

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.) I CAME to LOS ANGELES COUNTY JAIL INSTITUTION ON 5-21-22. With SOME MEDICAL PROblems oNe URIN TRACK INFECTION, PROState INFECTION, Kidney Store Rock in My Kidney. What cause this was My URIN TRACK. I WAS to see the URologist ON the outside Hospital. But I CAMe to Jail FOR TRUst PASSing using Someone else Restroom. Which Suppose to be TRUST PASSing. UPON My coming to the Los Angeles COUNTY, I explain that I had appointment to see the urologest on My issue of using the Restroom on My self NUMber 1 and 2. They have taken So long to Respond, that My System Start to Shut down So I had to be Send to the Hospital L.C.M.C. I.V. IN MY ARM FOR A week could Not WAlK. So, when I WAS able to talk I Explain that I had Appointment to see the URologist outside Something is Making Me use the Restroom on My self NUMber 1, and 2. They have Not taken Me to see URologest doctor yet. it's going oN Five Months. This CRUel AND UNUSUal punishment.

a. Parties to this previous lawsuit:
Plaintiff _____

_____

Defendants _____

_____

b. Court _____

_____

c. Docket or case number _____

d. Name of judge to whom case was assigned _____

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _____

f. Issues raised: _____

_____

_____

g. Approximate date of filing lawsuit: _____

h. Approximate date of disposition _____

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☒ Yes  ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☒ Yes  ☐ No

   If your answer is no, explain why not _____

   _____

   _____

3. Is the grievance procedure completed? ☒ Yes  ☐ No

   If your answer is no, explain why not _____

   _____

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff __ABDULLAH NA'IM HAFIZ, Reg. No. 6866532__
(print plaintiff's name)

who presently resides at __441 BAUCHET STREET LOS ANGELES CA 90012__
(mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at

__LOS ANGELES COUNTY JAIL SHERIFF'S DEPARTMENT__
(institution/city where violation occurred)

__HEALTH SERVICE__

**CIVIL RIGHTS COMPLAINT**

CV-66 (7/97)                                                                                              Page 2 of 6

on (date or dates) __5-22-22__, _____ . _____ . _____ .
                         (Claim I)                (Claim II)             (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant __CHief Medical OFFicer__ resides or works at
      (full name of first defendant)
__Los ANGELES COUNTY JAIL 441 Bauchet St L.A. CA 90012__
(full address of first defendant)
__CHief Medical__
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

Explain how this defendant was acting under color of law:
__He in CHARGe of you going on your Appointment to the outside Hospital. I have serious Medical Problem need to see the Urologist. I Been IN PAIN SINCE 6-22-22.__

2. Defendant _____ resides or works at
      (full name of first defendant)

_____
(full address of first defendant)

_____
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual ☐ official capacity.

Explain how this defendant was acting under color of law:
_____
_____

3. Defendant _____ resides or works at
      (full name of first defendant)

_____
(full address of first defendant)

_____
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual ☐ official capacity.

Explain how this defendant was acting under color of law:
_____
_____

4. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____

   _____

5. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:

   I was at L.C. Mc. Hospital in Pain Real bad they got control of the infection. But I explain to the doctor That I had to see a urologist doctor I had a appointment on outside doctor to see urologist. So He put in his report that I must follow up to see urologist. The doctor here said that he put me up to see urologist. I saw him put it in the computer. He said that his job, he done. He said it is not up to him, if I go are not because He don't have control over who go to appointment. And He would not tell Me. So as you will see by the exhibits, this waiting for The urologist, Has denied me serious medical care that can Really hurt me in the future. And the pain I suffer from for waiting so long to get treated fall on the chief medical officer. Know can not do anything with out his signature. Delay a serious Medical problem. Cruel and unusual punishment under the 8th amendment of the United State constitution.

D. CLAIMS*

**CLAIM I**

The following civil right has been violated:

I been denied a serious medical problem which can lead to more problems in my body. Defendant intention denied me serious medical issue. I was suppose to see the urologist. But I been on the list to see urologist a few months they keep changing the date when I suppose to go out to see the urologist. Every time I file paper work. They will say he just been put on the list to see the urologist if that is the case. Why I have paper work complainting about the urologist back in May, June, July, August, and now. I have a right to be free from cruel and unusual punishment when you dealing with a serious medical issue and you delay treatment intention. Then you keep lying to the plaintiff. I have a right to be free from serious medical issue that cause harm.

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

I have serious medical issue that can cause more harm to my body if not treated in time. I was send to outside hospital because of these serious issue. I am uring and faeces on my self know control. This is very important and for Health Service to denied me to see the urologist for five month. Is delay in serious medical treatment that could cause death. These are the problems urin track, prostate, kidney stone, one more issue I do not know the name. This been going on since 5-22-22 longer then that because I was on streets with this problem. 1) My issue is the person in charge of making sure you go to appointment to the outside doctor the urologist. The doctor in Health Service can only let the chief medical officer know you need to see the urologist. 2) The outside Hospital L.C.M.C. also said that I need to see the urologist. But I have been denied serious medical issue.

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

1) I believe that I am entitled to Relief, under Los Angeles County Jail Correctional Health Services. They Service the County Jail inmates Medical coverage. And as long as they have contract with the Jail My Medical is cover.

2) When you intention delay Medical treatment is a serious violation of My constitutional Right under cruel and unusual punishment. Intention Denied Urologist Doctor.

3) The conditions at Los Angeles County Jails the largest Jail system in the Nation, have been the subject of Court oversight Since 1978. When a federal court Judge found numerous conditions that violate constitutional Right.

4) My Religious Halal diet, stop coming, know Reason Just stop coming. These things are constitutional issue.

5) The L.A. County Jail System is a National disgrace" Corene Kendrick, deputy director of the ACLU National Prison Project said in a Statement. For almost 50 years the Jail has been under Court oversight to provide the most basic minimum standard of sanitation, health care, and sending inmates out to see other Doctors like the urologist that deal with Prostate, urine track, kidney Stone, and these are My issue Right now.

6) I came to this Jail May 20, 22. I been asking to see urologist Doctor infection other issue Pissing and defecating at the same time. Really has been hurting me and I have been going to the court in pain can not stand up. You are not suppose to be treating anyone like this. For the Record they will not let me use a Pen or make copies for me, legal work and they have a Law Library. But denied me that Right. So I pay you accept this complaint.

9/21/22
(Date)

Abdullah Hafa
(Signature of Plaintiff)

ABDULLAH NA'IM HAFIZ,
Reg. No. 6366342
1041 BAUCHET ST.
LOS ANGELES, CA 90012

LOS ANGELES COUNTY JAIL
SHERIFF'S DEPARTMENT
HEALTH SERVICES

Legal Mail

United States Courthouse
ATTN: Intake/Docket Section
255 East Temple Street Suite TS 134
Los Angeles, California 90012

RECEIVED
CLERK, U.S. DISTRICT COURT
OCT - 6 2022
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY