October 11, 2023.

1. Abdullah Naim HAFIZ, Bk.No. 6366532
2. Los Angeles County Jail
3. 441 Bauchet St.
4. Los Angeles, CA. 90012
5.
6.

FILED
CLERK, U.S. DISTRICT COURT
DEC - 8 2023
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

7. UNITED STATES DISTRICT COURT
8. CENTRAL DISTRICT OF CALIFORNIA
9.
10. ABDULLAH NAIM HAFIZ,      ) Case No 2:22-CV-07319-JFW-
11.         Plaintiff,         ) PD. NOTICE OF MOTION
12.                            ) Motion to Amend the
13. VS.                        ) Pleadings. Chief Medical
14.                            ) Officer SEAN Henderson
15. LOS ANGELES COUNTY         ) violate 8th Amendment of
16. HEALTH SERVICE et. al,     ) the United State Constitution
17.
18.        Come Now Plaintiff Abdullah Naim Hafiz,
19. In the above court to the Honorable Judge PATRICIA
20. DONAHUE. United State Magistrate Presiding.
21. Plaintiff complaint was May 22, 2022 at the in
22. take window at the Los Angeles County Jail. I
23. complaint about Urologist Doctor appointment, some-
24. thing wrong. I was told to see a doctor on my floor.
25. Then the complainting with Medical Request form.
26.
27.                    (1)
28.

1. Complaint after complaint. Defendant was in
2. position to stop the cruel unusual punishment
3. at his position. Failed to act on serious medical
4. issue is deliberate indifference to the harm by the
5. Plaintiff going to the Hospital with I.V. in his
6. ARM for Three to Four days.
7.
8. Plaintiff was told he was lucky he got here. I
9. had Infection taken over my body Sepsis disease,
10. that they was not knowledge of. Could have cost
11. me my life. The defendant was not sending Plaint-
12. iff to the Hospital. Plaintiff system shut down an
13. I falling out, when I came to it, I was in the
14. Hospital L.C.M.C. The position defendant in as a
15. chief Medical Officer he is in Violation also Urethral
16. strictures painful Urination with Infection, like
17. a Sorer in your Urin track, bacteria build up tiss-
18. ue. Deliberate Indifference to serious Medical issue.
19.
20. Defendant is hold at a high Stander of the position
21. he hold as chief Medical. He new about my situation
22. but did nothing to help. Plaintiff state defendant act
23. and contiue to act deliberate Indifference to
24. Serious Medical Need. There for Defendant violate
25. Plaintiff 8th Amendment Rights by denied him to
26. See Urologist and he know the Plaintiff Name
27.
28.

(2)

1. on his paper work, Statements Made by the defendant
2. Attorney he don't know Plaintiff that is hard to believe.
3.
4. Defendant Deprive Plaintiff of serious Medical
5. need. which Deliberate indifference which later on
6. harm Plaintiff because he did Not get to the Hospit-
7. al in time.
8.
9. Plaintiff Pleaded with defendant for Respond, As
10. he did Not Respond. So I ask the Court that I
11. Amend this claim on Defendant chief Medi-
12. cal officer Sean Henderson.
13.
14. Defendant been hiding and the Plaintiff was trying
15. to go the Right way about Addressing the issue
16. about getting treatment the hold Administration
17. Start Lying Medical officer Sean Henderson.
18. I ask the Court to grant Plaintiff Motion
19. Amend.
20.
21. Date October 11, 2023.                    Abdullah Naim Hafiz
22.
23.

(3)

1. <u>PROOF OF SERVICE</u>
2. 
3. Abdullah Naim HAFIZ, vs. LOS ANGELES COUNTY
4. HEALTH SERVICE CASE NO. 2:22-CV-07319-JFW PD
5. 
6. I'am Resident of CALIFORNIA IN the COUNTY OF
7. LOS ANGELES. I'am over age 18 year of age, I'am
8. INCARCERATED LOS ANGELES COUNTY JAIL 441
9. Bauchet St. LOS ANGELES, CA. 90012
10. 
11. ON DAT 10-11-2023 I SERVED the fellow Notice
12. of Motion to AMEND The complaint. That the
13. defendant violate his 8th Amendment of the United
14. state Constitution. By disregrad Serious Medical Need.
15. 
16. U.S. DISTRICT COURT            Counsel for Defendant
17. CENTRAL DISTRICT OF            COUNTY OF Los Angeles
18. CALIFORNIA OFFice of Clerk     LAW OFFice OF
19. 255 East Temple Street         MATTHEW M. GRIGG,
20. Los Angeles, CA. 90012-1565    11 Cortes Court
21.                                Moroga, CA. 94556
22. 
23. I Declar under Penalty of PERJURY that the following
24. is true and correct executed on 10-11-2023 IN
25. Los ANgeles, CA 90012.
26. Date 10-11-2023                 Abdullah Naim Hafiz
27.                     (4)
28.

to clerk of court
1. The plaintiff in this case has not heard from
2. the court on his Amend the Pleading was send
3. out the status was send out. I heard from the
4. court on Status Report. But Not Amed the Plead-
5. ing here is the copy of Amend the Pleading.
6. Being that I already Respond to this Pleading
7. They are hiding the defendant under two different
8. title on one. Chief Medical, on another title He is
9. Director. Both position he is Responsible.
10.
11. Plaintiff ask the court because I send the Amend
12. Pleading without, Acting as chief Medical or
13. Director. I would like to ask the court about
14. Motion to Amend Pleading. Because I have
15. Not heard from this Motion, How Plaintiff ever
16. going to know if the Court got any of His Mail
17. if the court don't let me know.
18.
19.
20. Date 12-04-2023           Abdullah N. Hafez
21.
22. I Declar under Penalty of Perjury that the
23. following is true and correct executed 12-04-2023
24. in Los Angeles, CA. 90012.
25.
26. Date 12-04-2023.
27.                            (1)



Abdullah Naim Hafiz, Bk. No. 6366355
Los Angeles County Jail
441 Bauchet St.
Los Angeles, CA 90012

SC ROYBAL
X-RAYED Mail

LOS ANGELES CA 900
6 DEC 2023 PM 12 L

Isabel Verduzco,
Court Room Deputy clerk for
Judge Donahue at
255 East Temple Street,
Los Angeles, CA 90012-1565

RECEIVED
CLERK, U.S. DISTRICT COURT
DEC - 8 2023
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Legal Mail

12/4/23 ML 94285L