JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDULLAH NAIM HAFIZ, | Case No. 2:22-cv-07319-JFW-PD |
| Plaintiff, | **JUDGMENT** |
| v. | |
| LOS ANGELES COUNTY JAIL HEALTH SERVICES, et al., | |
| Defendants. | |

Pursuant to the Order Dismissing Action for Failure to Prosecute, JUDGMENT IS HEREBY entered dismissing the action without prejudice.

Dated: April 12, 2024

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE